A. JACKMAN, APPELLANT, V. PETER C. HANSEN ET AL., APPELLEES.

FILED MARCH 21, 1930. No. 27031.

*E. E. Jackman* and *Perry, Van Pelt & Marti*, for appellant.

*George N. Gibbs, Cordeal, Colfer & Russell, Horth, Cleary & Suhr* and *Halligan, Beatty & Halligan, contra.*

Heard before GOSS, C. J., DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ., and PAINE, District Judge.

THOMPSON, J.

This is a companion case to *Jackman v. Miller* reported, *ante*, p. 463. By agreement of the parties these two actions were argued and submitted to this court at the same time, with the understanding that our holding in *Jackman v. Miller* should be controlling herein. It, therefore, follows that the judgment of the trial court dismissing the action should be, and is,

AFFIRMED.

GOOD, J., dissenting.

The record in this case is identical with that in *Jackman v. Miller, ante,* p. 463, and for the reasons given in the dissenting opinion in the latter case, I dissent from the judgment of affirmance in this case.